IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO. 12-327 |
| v. | : | |
| WILLIAM V. HLUSHMANUK | : | CIVIL ACTION NO. 14-3044 |

## ORDER

**AND NOW**, this 6th day of November, 2014, upon consideration of Defendant William Hlushmanuk's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Crim. Docket No. 62), the Government's Motion to Dismiss Defendant's Motion under 28 U.S.C. § 2255 (Crim. Docket No. 68), and Defendant's Reply Brief (Crim. Docket No. 76), and for the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** as follows:

1. The Government's Motion to Dismiss is **GRANTED**.

2. Defendant's Motion to Vacate, Set Aside or Correct Sentence is **DISMISSED**.

3. Because Hlushmanuk has failed to make a substantial showing of the denial of a constitutional right, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.